# EXHIBIT B

Cash Management Flowchart



Cash Management Flowchart



K&E 11363671.27