# EXHIBIT C

## List of Bank Accounts

## Bank Accounts

| | Legal Entity | Bank | Account Type | Lockbox/Account # | Account Purpose | Location |
|---|---|---|---|---|---|---|
| 1 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 81882-06825 | Dura Operating Account | Georgia, USA |
| 2 | Dura Operating Corp. | Bank of America, N.A. | Health Care Flexible Spending | 81884-00841 | Flex Spending Account | Georgia, USA |
| 3 | Dura Operating Corp. | Bank of America, N.A. | Concentration Account | 81886-00840 | Dura Master Account | Georgia, USA |
| 4 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87652-60702 | Shifter (Fremont) AP | Georgia, USA |
| 5 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87653-02636 | Gordonsville A/P | Georgia, USA |
| 6 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87656-00688 | Master Payroll Account | Georgia, USA |
| 7 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87656-00706 | Lawrenceburg A/P | Georgia, USA |
| 8 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87656-00749 | Stockton A/P | Georgia, USA |
| 9 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87656-00843 | West Union A/P | Georgia, USA |
| 10 | Dura Operating Corp. | Bank of America, N.A. | Disbursement (ZBA) | 87656-01616 | NGS/Medical Account | Georgia, USA |
| 11 | Dura Automotive Systems, Inc. | Bank of America, N.A. | Disbursement (ZBA) | 87658-60704 | Cable A/P | Georgia, USA |
| 12 | Dura Automotive Systems, Inc. | Bank of America, N.A. | Directed Investment | 249-00497-1-1 | Dura Automotive Systems, Inc. | Illinois, USA |
| 13 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 7524 | Tire and Jack Lockbox | Georgia, USA |
| 14 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 2779 | Rochester Hills Lockbox | Georgia, USA |
| 15 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 12909 | Lawrenceburg Lockbox | Georgia, USA |
| 16 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 13894 | Atwood Mobile Products Lockbox | Georgia, USA |
| 17 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 12916 | Stockton Lockbox | Georgia, USA |
| 18 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 12920 | West Union Lockbox | Georgia, USA |
| 19 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 99300 | Fremont Lockbox | Georgia, USA |
| 20 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 14131 | AMP 2 Creation Windows | Georgia, USA |
| 21 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 14138 | AMP 3 Kemberly | Georgia, USA |
| 22 | Dura Operating Corp. | Bank of America, N.A. | Lockbox Account (Receipts) | Box 14141 | AMP Antwerp | Georgia, USA |
| 23 | Dura Operating Corp. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770720700 | Dura Automotive Systems, Inc. | Michigan, USA |
| 24 | Dura Automotive Systems Cable Operations, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770722136 | DURA Cable Ops | Michigan, USA |
| 25 | Atwood Mobile Products, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770720981 | Elkhart Operations AP | Michigan, USA |
| 26 | Spec-Temp, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770721039 | Antwerp Operations AP | Michigan, USA |
| 27 | Kemberly, LLC | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770721021 | Kemberly Operations AP | Michigan, USA |
| 28 | Atwood Mobile Products, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770720973 | Salt Lake City Operations AP | Michigan, USA |
| 29 | Creation Windows, LLC | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770721013 | Creation Windows AP | Michigan, USA |
| 30 | Atwood Mobile Products, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770720965 | Greenbrier Operations AP | Michigan, USA |
| 31 | Atwood Mobile Products, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770720999 | LaGrange Operations AP | Michigan, USA |

| | Legal Entity | Bank | Account Type | Lockbox/Account # | Account Function/Use | Location |
|---|---|---|---|---|---|---|
| 32 | Atwood Mobile Products, Inc. | LaSalle Bank Midwest N.A. | Disbursement (ZBA) | 2770721070 | West Union AMP Operations AP | Michigan, USA |
| 33 | Dura Operating Corp. | LaSalle Bank Midwest N.A. | Master Account | 5401977250 | Dura Automotive Systems, Inc. | Michigan, USA |
| 34 | Atwood Mobile Products, Inc. | Harris N.A. | Concentration Account | 1803212 | Atwood Mobile Products, Inc. | Illinois, USA |
| 35 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 33458 | Fenton Operations | Illinois, USA |
| 36 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 36550 | Antwerp Operations | Illinois, USA |
| 37 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 36562 | Elk3 / Kemberly Operations | Illinois, USA |
| 38 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 36571 | Elk 2/ Creation Windows Operations | Illinois, USA |
| 39 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 36725 | West Union AMP Operations | Illinois, USA |
| 40 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 71348 | LaGrange Operations | Illinois, USA |
| 41 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 71607 | Elkhart Operations | Illinois, USA |
| 42 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 71643 | Greenbrier Operations | Illinois, USA |
| 43 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 71979 | Salt Lake City Operations | Illinois, USA |
| 44 | Atwood Mobile Products, Inc. | Harris N.A. | Lockbox Account (Receipts) | Lockbox 95780 | Rockford Operations | Illinois, USA |
| 45 | Dura Operating Corp. | JP Morgan Chase | Checking Account | 304681202 | Dura Operating Account | New York, USA |
| 46 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD Concentration | 40212 00459 18 | Dura Automotive Systems (Canada), Ltd. | Ontario, Canada |
| 47 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | USD Concentration | 40212 00611 15 | Dura Automotive Systems (Canada), Ltd. | Ontario, Canada |
| 48 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD Treasury Investment | 40212 00490 18 | Dura Automotive Systems (Canada), Ltd. | Ontario, Canada |
| 49 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | USD Treasury Investment | 40212 00784 17 | Dura Automotive Systems (Canada), Ltd. | Ontario, Canada |
| 50 | Dura Automotive Canada ULC | Scotiabank | CAD Chequing/Receipts | 40212 00276 18 | Dura ULC | Ontario, Canada |
| 51 | Dura Canada LP | Scotiabank | CAD Chequing/Receipts | 40212 00528 17 | Dura Canada LP | Ontario, Canada |
| 52 | Dura Automotive Systems Cable Operations, Inc. | Scotiabank | CAD Chequing | 47696 01040 19 | DURA (Milan) | Ontario, Canada |
| 53 | Dura Operating Corp. | Scotiabank | CAD Chequing/Receipts | 47696 01718 16 | Dura Operating Corp. | Ontario, Canada |
| 54 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD Chequing | 47696 02728 17 | Dura Canada TTF CAW Local 61 | Ontario, Canada |
| 55 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD Chequing/Receipts | 40212 00465 15 | Brantford Operations | Ontario, Canada |
| 56 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD ZBA | 41012 00832 16 | Stratford Operations | Ontario, Canada |
| 57 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD ZBA | 80192 00459 18 | Bracebridge Operations | Ontario, Canada |
| 58 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | CAD Chequing | 80192 00664 19 | Payroll Account | Ontario, Canada |
| 59 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | USD Chequing/Receipts | 40212 00612 12 | Brantford Operations | Ontario, Canada |
| 60 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | USD ZBA | 41012 00853 16 | Stratford Operations | Ontario, Canada |
| 61 | Dura Automotive Systems (Canada), Ltd. | Scotiabank | USD ZBA | 80192 01472 14 | Bracebridge Operations | Ontario, Canada |
| 62 | Dura Operating Corp. | Scotiabank | Lockbox Account (Receipts) | Lockbox 4232 | Unused (attached to DOC disbursement acct) | Ontario, Canada |