# EXHIBIT B

# FORM OF SUPPLIER LETTER

_____, 2006

TO: [Vendor]

    [Name]
    [Address]

Dear Valued Supplier:

    As you are no doubt aware, Dura Automotives Systems, Inc., and certain of its direct and indirect subsidiaries (collectively, the "Company") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case" and the "Bankruptcy Court," respectively) on [_____] (the "Commencement Date"). On the Commencement Date, the Company requested the Bankruptcy Court's authority to pay certain suppliers in recognition of the importance of its relationship with such suppliers and its desire that the Bankruptcy Cases have as little effect on certain suppliers as possible. On [_____], the Bankruptcy Court entered an order (the "Order") authorizing the Company, under certain conditions, to pay prepetition claims of certain trade creditors that agree to the terms set forth below and to be bound by the terms of the Order. A copy of the Order is enclosed.

    In order to receive payment on pre-bankruptcy claims, each selected trade creditor must agree to continue to supply goods to the Company based on "Customary Trade Terms." In the Order, Customary Trade Terms are defined as the normal and customary trade terms, practices and programs (including, but not limited to, credit limits, pricing, cash discounts, timing of payments, allowances, rebates, coupon reconciliation, normal product mix and availability and other applicable terms and programs), which were most favorable to the Company and in effect between such trade creditor and the Company on a historical basis within one-hundred twenty (120) days of the Commencement Date or such other trade terms as agreed by the Company and such trade creditors or such other trade terms, practices and programs that are at least as favorable as those that were in effect prepetition.

    For purposes of administration of this trade program as authorized by the Bankruptcy Court, the Company and you agree as follows:

    1.    The estimated balance of the prepetition trade claim (net of any setoffs, credits or discounts) (the "Trade Claim") that the Company will provisionally pay you is $[_____].

B-1

2. You will provide open credit terms as follows (if more space is required, attach continuation pages) (the "Customary Trade Terms"):

_____

_____

_____.

3. The open trade balance or credit line that you will extend to the Company for shipment of postpetition goods is $[_____] (which shall not be less than the greater of the open trade balance outstanding (a) on [_____], or (b) on normal and customary terms on a historical basis for the period immediately before and up to the Commencement Date).

4. In consideration for the payment described herein, you agree not to file or otherwise assert against any or all of the Debtors, their estates or any other person or entity or any of their respective assets or property (real or personal) any lien (regardless of the statute or other legal authority upon which such lien is asserted) related in any way to any remaining prepetition amounts allegedly owed to you by the Debtors arising from agreements entered into prior to the Commencement Date. Furthermore, if you have taken steps to file or assert such a lien prior to entering into this letter agreement, you agree to take the necessary steps to remove such lien as soon as possible.

5. You agree that you shall not require a lump sum payment upon confirmation of a plan in these cases on account of any administrative expense priority claim that you may assert, but instead agree that such claims will be paid in the ordinary course of business after confirmation of a plan under applicable Customary Trade Terms, if the plan provides for the ongoing operations of the Company.

6. You will hereafter extend to the Company all Customary Trade Terms (as defined in the Order).

Payment of your Trade Claim in the manner set forth in the Order may only occur upon execution of this letter by a duly authorized representative of your company and the return of this letter to the Company. Your execution of this letter agreement and return of the same to the Company constitutes an agreement by you and the Company:

1. to the Customary Trade Terms and, subject to the reservations contained in the Order, to the amount of the Trade Claim set forth above;

2. that, for a period of no less than two (2) years from the Commencement Date, you will continue to supply the Debtors with goods pursuant to the Customary Trade Terms, and that the Debtors will pay for such goods in accordance with Customary Trade Terms;

3. that you have reviewed the terms and provisions of the Order and that you consent to be bound by such terms;

K&E 11363682.29

4. that you will not separately seek payment for reclamation and similar claims outside of the terms of the Order unless your participation in the trade payment program authorized by the Order (the "Trade Payment Program") is terminated; and

5. that if either the Trade Payment Program or your participation therein terminates as provided in the Order, or you later refuse to continue to supply goods to the Debtors on Customary Trade Terms, any payments received by you on account of your Trade Claim will be deemed to have been in payment of then outstanding postpetition obligations owed to you and that you will immediately repay to the Company any payments made to you on account of your Trade Claim to the extent that the aggregate amount of such payments exceed the postpetition obligations then outstanding without the right of any setoffs, claims, provision for payment of reclamation or trust fund claims, or otherwise.

The Company and you also hereby agree that any dispute with respect to this letter agreement, the Order and/or your participation in the Trade Payment Program shall be determined by the Bankruptcy Court.

If you have any questions about this Agreement or our financial restructuring, do not hesitate to call _____ at _____.

Sincerely,

[APPLICABLE DEBTOR]

By:_____

Title:_____

Date:_____, 2006

Agreed and Accepted by:

**[Name of Vendor]**

By:_____

Title:_____

Dated:_____, 2006

B-3