# EXHIBIT C

# FORM OF NOTICE OF WAIVER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, INC., et al.,[1] | ) ) ) | Case No. 06-_____ (____) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WAIVER

PLEASE TAKE NOTICE that on October 30, 2006, Dura Automotive Systems, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the Motion for an Order Authorizing Them to Pay the Prepetition Claims of Certain Critical Vendor and Administrative Priority Claims and Grating Certain Related Relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that on October 30, 2006, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order granting the relief requested in the Motion (the "Order").

---

[1] The Debtors in these proceedings are: Adwest Electronics Inc., Atwood Automotive, Inc., Atwood Mobile Products, Inc., Automotive Aviation Partners, LLC, Creation Group Holdings, Inc., Creation Group Transportation, Inc., Creation Group, Inc., Creation Windows, Inc., Creation Windows, LLC, Dura Aircraft Operating Company, LLC, Dura Automotive Canada ULC, Dura Automotive Systems (Canada), Ltd., Dura Automotive Systems Cable Operations, Inc., Dura Automotive Systems of Indiana, Inc., Dura Automotive Systems, Inc., Dura Brake Systems, L.L.C., Dura Cables North LLC, Dura Cables South LLC, Dura Canada LP, Dura Fremont L.L.C., Dura Gladwin L.L.C., Dura Global Technologies, Inc., Dura G.P., Dura Holdings Canada LP, Dura Holdings ULC, Dura Mancelona L.L.C., Dura Ontario, Inc., Dura Operating Canada LP, Dura Operating Corp., Dura Services L.L.C., Dura Shifter L.L.C., Dura Spicebright, Inc., Kemberly, Inc., Kemberly, LLC, Mark I Molded Plastics of Tennessee, Inc., Patent Licensing Clearinghouse L.L.C., Spec-Temp, Inc., Trident Automotive Canada Co., Trident Automotive, L.L.C., Trident Automotive, L.P., Trident Automotive Limited, and Universal Tool & Stamping Company, Inc.

C-1

K&E 11363682 29

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to the Debtors pursuant to paragraph [__] of the Order, the Debtors have determined to waive the conditions for payment of a prepetition claim under the Critical Vendor Claims Cap (as defined in the Motion) with respect to **[INSERT NAME OF VENDOR]** ("Vendor") and conditionally paid prepetition claims of Vendor in the amount of $[_____] on **[DATE]**.

PLEASE TAKE FURTHER NOTICE that contemporaneously herewith the Debtors are filing a proposed Order to Show Cause requesting that the Bankruptcy Court order Supplier to appear before the Bankruptcy Court at a hearing to be held at 10:00 a.m. Eastern Time on [DATE] before the Honorable [_____], United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom [_____], 824 North Market Street, Wilmington, Delaware 19801-3024 (the "Hearing") and demonstrate why Supplier should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362.

Dated: _____, 2006
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (Bar No. 2981)
Daniel J. DeFranceschi (Bar No. 2732)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

KIRKLAND & ELLIS LLP
Richard M. Cieri
Marc Kieselstein, P.C.
Roger J. Higgins
Ryan Blaine Bennett
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION

C-2

K&E 11363682.29