# EXHIBIT D

# FORM OF ORDER TO SHOW CAUSE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re | ) Chapter 11 |
|   | ) |
| DURA AUTOMOTIVE SYSTEMS, INC., et al.,[1] | ) Case No. 06-_____ (___) |
|   | ) |
|   | ) Jointly Administered |
| Debtors. | ) |

## ORDER TO SHOW CAUSE

Upon the motion, dated [_____] (the "Motion"),[2] of Dura Automotive Systems, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an Order Them to Pay the Prepetition Claims of Certain Critical Vendor and Administrative Priority Claims and Granting Certain Related Relief, and upon the order of this court, entered [_____], 2006 (the "Order"), granting the relief requested in the Motion; and upon the Debtors' notice of waiver, dated [_____], 2006, with respect to **[NAME OF VENDOR]** ("Vendor"); and it appearing that proper and adequate notice of the Debtors' request for entry of this Order to Show Cause (the "Show Cause

---

[1] The Debtors in these proceedings are: Adwest Electronics Inc., Atwood Automotive, Inc., Atwood Mobile Products, Inc., Automotive Aviation Partners, LLC, Creation Group Holdings, Inc., Creation Group Transportation, Inc., Creation Group, Inc., Creation Windows, Inc., Creation Windows, LLC, Dura Aircraft Operating Company, LLC, Dura Automotive Canada ULC, Dura Automotive Systems (Canada), Ltd., Dura Automotive Systems Cable Operations, Inc., Dura Automotive Systems of Indiana, Inc., Dura Automotive Systems, Inc., Dura Brake Systems, L.L.C., Dura Cables North LLC, Dura Cables South LLC, Dura Canada LP, Dura Fremont L.L.C., Dura Gladwin L.L.C., Dura Global Technologies, Inc., Dura G.P., Dura Holdings Canada LP, Dura Holdings ULC, Dura Mancelona L.L.C., Dura Ontario, Inc., Dura Operating Canada LP, Dura Operating Corp., Dura Services L.L.C., Dura Shifter L.L.C., Dura Spicebright, Inc., Kemberly, Inc., Kemberly, LLC, Mark I Molded Plastics of Tennessee, Inc., Patent Licensing Clearinghouse L.L.C., Spec-Temp, Inc., Trident Automotive Canada Co., Trident Automotive, L.L.C., Trident Automotive, L.P., Trident Automotive Limited, and Universal Tool & Stamping Company, Inc.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

D-1

Order") has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Debtors have complied with the procedures provided in paragraph [___] of the Order in determining to waive the conditions for payment of a prepetition claim under the Critical Vendor Claims Cap (as defined in the Motion) with respect to Vendor and conditionally paying prepetition claims of Vendor in the amount of $[___] on [DATE].

2. Vendor is hereby ordered to show cause before this Court at a hearing to be held at **10:00 a.m. Eastern Time on [DATE]** before the Honorable [_____], United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom [_____], 824 North Market Street, Wilmington, Delaware 19801-3024 (the "Hearing") why the Vendor should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362 for willfully threatening to withhold essential goods from the Debtors under one or more contracts between the Debtors and Vendor, which action was automatically stayed by the Debtors' filing of voluntary petitions in this Court for reorganization relief under chapter 11 of the Bankruptcy Code.

3. Service of this Order to Show Cause is to be made by service upon (a) the Vendor, (b) the Office of the United States Trustee, (c) counsel for the official committee of unsecured creditors appointed in these cases pursuant to section 1102 of the Bankruptcy Code, (d) counsel for the agent under the Debtors' prepetition credit facility, and (e) counsel for the agent under Debtors' proposed postpetition credit facility. Notice served pursuant to the preceding sentence shall be via first class mail, postage prepaid. No further notice of the Hearing or of the entry of this Order to Show Cause need be served by the Debtors.

K&E 11363682.29

4.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2006
       Wilmington, Delaware

                                                    _____
                                                    United States Bankruptcy Judge