# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DURA AUTOMOTIVE SYSTEMS, INC., et al.,[1] | ) Case No. 06-11202 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket No. 1213 |

### ORDER PURSUANT TO 11 U.S.C. §§ 363(B) AND 503(C)(3) AUTHORIZING THE ATWOOD SALE INCENTIVE PROGRAM

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") for entry of an order authorizing the Atwood Sale Incentive Program; it appearing that the relief requested is in the best interest of the Debtors' estates; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need by given; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion is granted on the terms set forth herein; and it is further

---

[1] The "Debtors" comprise the entities set forth in the *Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of the Debtors' Chapter 11 Cases*, entered on October 31, 2006 [Docket No. 68].

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion or the Tracy Affidavit, as the case may be.

ORDERED, that the Atwood Sale Incentive Program (the "Atwood SIP") and the payments made to the Eligible Participants in contemplation thereof constitute transfers and obligations within the meaning of section 503(c)(3) of the Bankruptcy Code; and it is further

ORDERED, that the Atwood SIP is justified by the facts and circumstances of these chapter 11 cases; and it is further

ORDERED, that every payment and distribution obligation of the Debtors under the Atwood SIP shall be treated as an administrative expense pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and it is further

ORDERED, that the Debtors are authorized to take any and all actions that are contemplated by the Motion or necessary to effectuate this Order; and it is further

ORDERED, that notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(g), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June 28, 2007

Honorable Kevin J. Carey
United States Bankruptcy Judge

2

K&E 11919697
RLF1-3170400-1