IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, INC., | ) | Case No. 06-11202 (KJC) |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING DEBTORS' THIRD MOTION FURTHER EXTENDING
THE SECTION 1121(c)(2) AND (3) EXCLUSIVE PERIODS**

Upon consideration of the motion (the "Amended Motion") of the Debtors pursuant to 11 U.S.C. § 1121(d) for entry of a third order extending the Exclusive Periods through and including June 30, 2008;[1] and it appearing that the relief requested is essential to the continued operation of the Debtors' businesses and is in the best interests of the Debtors' estates and creditors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Amended Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Amended Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Amended Motion is granted in its entirety; and it is further

ORDERED that, pursuant to section 1121(c) of the Bankruptcy Code, no party, other than the Debtors, may file any plan of reorganization from the date hereof through and including April 30, 2008; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Motion.

RLF1-3263771-1

ORDERED that pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtors, may solicit votes to accept a proposed plan of reorganization filed with this Court during the period from the date hereof through and including June 30, 2008; and it is further

ORDERED, that nothing herein shall prejudice the Debtors' right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code; and it is further

ORDERED, that the Committee and the Second Lien Group reserve their rights to seek termination of exclusivity in the absence of the Debtors' good faith pursuit of confirmation of their recently-filed *Revised Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* and implementation of the settlements and agreements in connection therewith; and it is further

ORDERED that, notwithstanding the possible applicability of Fed.R.Bankr.P. 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: March 19, 2008
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2