**EXHIBIT H**

**Financial Projections**

## SIGNIFICANT BUSINESS AND ECONOMIC ASSUMPTIONS

For the purpose of demonstrating the feasibility of the Plan, the following financial projections (the "Projections") were prepared by the Debtors. The Projections reflect the Debtors' estimate of their expected consolidated financial position, results of operations and cash flows of the Reorganized Debtors and their non-debtor Affiliates (the "Company"). Accordingly, the Projections reflect the Debtors' judgment as to the occurrence or nonoccurrence of certain future events and of expected future operating performance and business conditions, which are subject to change.

The Debtors do not, as a matter of course, publish their business plans and strategies or forward looking projections of financial position, results from operations, and cash flows. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to the holders of Claims or Equity Interests after the date of this Disclosure Statement exhibit, or to include such information in documents required to be filed with the Securities and Exchange Commission (the "SEC") or to otherwise make such information public.

In connection with the development of the Plan, management prepared the Projections with assistance from various professionals. The Projections assume the Plan will be implemented in accordance with its stated terms. The Projections have not been audited or reviewed by independent accountants. The assumptions disclosed herein are those that the Debtors believe to be significant to the Projections. The Projections are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Although the Debtors are of the opinion that these assumptions are reasonable under current circumstances, such assumptions are subject to inherent uncertainties, such as the change in light and heavy vehicle production build rates, laws and regulations, foreign currency, interest rates, inflation, commodity and material prices, general economic conditions and other factors affecting the Company's businesses. The impact of a change in any of these factors cannot be predicted with certainty. Consequently, actual financial results could differ materially from the Projections.

The Projections were prepared in good faith based on assumptions believed to be reasonable and applied in a manner consistent with past practices. The Projections should be read in conjunction with the assumptions and qualifications contained herein, the risk factors described in Section XVIII of the Disclosure Statement and the historical audited consolidated financial statements for the fiscal year ended December 31, 2006, contained in the fiscal 2006 Form 10-K as filed with the SEC.

The Projections present, to the best of the Debtors' knowledge and belief, the Company's expected financial position, results of operations, and cash flows. Accordingly, the Projections reflect the Debtors' judgment as of January 2008, the time that these projections were prepared. Consequently, actual financial results could differ materially from the Projections.

**THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS (THE "AICPA"), THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB"), OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION (THE "SEC") REGARDING PROJECTIONS. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY THE COMPANY'S REGISTERED INDEPENDENT PUBLIC ACCOUNTING FIRM. THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS, WHICH MAY NOT BE REALIZED, AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTIANTIES AND CONTINGENCIES, WHICH ARE BEYOND THE CONTROL OF THE DEBTORS. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE PRESENTED IN THESE PROJECTIONS. HOLDERS OF CLAIMS OR EQUITY INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS IN MAKING THEIR DETERMINATIONS OF WHETHER TO ACCEPT OR REJECT THE PLAN.**

1.    *Pro Forma Projected Consolidated Balance Sheet (Unaudited)*
      *(As of June 1, 2008)*

The following table provides a reconciliation of the Predecessor Company's consolidated balance sheet as of May 31, 2008, to that of the Successor Company on June 1, 2008, reflecting the reorganization adjustments:

**Dura Automotive Systems, Inc.**
**(In Millions)**

| | Notes | Predecessor Company | Reorg. Adj. (a) | Financing Transaction | Successor Company |
|---|---|---|---|---|---|
| **ASSETS:** | | | | | |
| Cash & Equivalents | (b)(e) | $      86.5 | $   (238.0) | $   238.0 | $      86.5 |
| Net Accounts Receivable -Trade | | 278.9 | - | - | 278.9 |
| Other Accounts Receivable | | 20.7 | - | - | 20.7 |
| Net Inventory | | 127.2 | - | - | 127.2 |
| Other Current Assets | | 97.3 | - | - | 97.3 |
| Total Current Assets | | 610.6 | (238.0) | 238.0 | 610.6 |
| Net Property, Plant & Equipment | | 410.8 | - | - | 410.8 |
| Net Goodwill | (g) | 187.2 | (187.2) | - | - |
| Other Long-term Assets | (e) | 31.8 | - | 20.0 | 51.8 |
| **Total Assets** | | $   1,240.4 | $   (425.3) | $   258.0 | $   1,073.2 |
| | | | | | |
| **LIABILITIES:** | | | | | |
| Accounts Payable | | $      183.9 | $        - | $        - | $      183.9 |
| DIP Line of Credit | (b)(e) | 44.7 | (44.7) | - | (0.0) |
| Exit Line of Credit | (b) | - | - | 8.0 | 8.0 |
| Foreign Debt | | 4.8 | - | - | 4.8 |
| DIP Term Loan | (b)(e) | 151.5 | (151.5) | - | - |
| Accruals | (c) | 191.0 | (13.0) | - | 178.0 |
| Short-Term Deferred Taxes | | 7.0 | - | - | 7.0 |
| Total Current Liabilities | | 582.9 | (209.2) | 8.0 | 381.7 |
| First Lien Term Debt | (b) | - | - | 150.0 | 150.0 |
| Second Lien Term Debt | (e) | - | - | 100.0 | 100.0 |
| Long-term Deferred Taxes | | 8.9 | - | - | 8.9 |
| Other Long-term Liabilities | | 98.7 | - | - | 98.7 |
| **Total Liabilities** | | 690.5 | (209.2) | 258.0 | 739.3 |
| **Liabilities Subject to Compromise** | (d)(f)(g) | 1,310.3 | (1,085.3) | (225.0) | - |
| **Convertible Preferred Stock** | (f) | - | - | 228.1 | 228.1 |
| **Total Equity** | (b)(d)(g) | (760.4) | 869.2 | (3.1) | 105.8 |
| **Total Liabilities and Equity** | | $   1,240.4 | $   (425.3) | $   258.0 | $   1,073.2 |

*See accompanying notes to pro forma Projected Consolidated Balance Sheet*

**NOTES TO PRO FORMA PROJECTED CONSOLIDATED BALANCE SHEET**

a.  The pro forma consolidated balance sheet adjustments contained herein account for the reorganization and related transactions pursuant to the Plan of Reorganization. The Projections do not include an estimate of the implementation of fresh start accounting pursuant to Statement of Position 90-7 ("*SOP 90-7*") as issued by the AICPA. At the time of emergence the Company may be required to implement fresh start accounting and therefore actual results may be materially different from those presented herein. The reorganization and related transactions include the issuance of new debt and equity instruments and the cancellation of liabilities subject to compromise and existing equity interests.

b.  The balances on the DIP Line of Credit and DIP Term Loan are as contemplated in the Plan. The Projections assume the Debtors will enter into an Exit Credit Facility in an amount up to $260.0 million, which shall be comprised of approximately $150.0 million of first lien term loan(s), and up to $110.0 million in the form of revolving credit and letter of credit facilities. The proceeds from the Exit Credit Facility will be used to pay off the estimated outstanding DIP borrowings as of the Effective Date, administrative and priority claims expected to be funded on the Effective Date, transaction fees associated with the Exit Credit Facility and to provide the Debtors with additional liquidity post-emergence.

c.  Reflects payment of accrued priority and administrative Chapter 11 related expenses pursuant to the Plan, including professional fees.

d.  The Debtors' liabilities subject to compromise will be effectively eliminated or paid at emergence pursuant to the Plan's discharge. Liabilities subject to compromise included within the Projections reflect the Debtors' current recorded balance. The ultimate resolution of liabilities subject to compromise will be determined pursuant to negotiations involving the various creditor constituencies or, if necessary, the Bankruptcy Court. At this time, it is not possible to predict the outcome of these negotiations. Given the inherent uncertainty of the Chapter 11 proceedings, the amount of liabilities subject to compromise ultimately established in the Chapter 11 proceedings may be higher or lower than the Debtor's recorded balance.

e.  As contemplated in the Plan various members of the Second Lien group and certain Senior Notes holders will commit approximately $80.0 million of new funds in return for a new $100 million second lien term loan. The approximate $20 million discount is assumed to be amortized over the life of the loan. It is expected that all interest on the new second lien term loan will be in the form of pay-in-kind interest and therefore will not require any interim cash interest payments prior to maturity.  The proceeds from the new second lien term loan,

together with proceeds from the Exit Credit Facility, will be used to pay off estimated outstanding DIP borrowings as of the Effective Date, administrative and priority claims expected to be funded on the Effective Date, transaction fees associated with the Exit Credit Facility and to provide the Debtors with additional liquidity post-emergence.

f.   As contemplated in the Plan, the Second Lien Facility Claim of $228.1 million will be converted to Convertible Preferred Stock and the Senior Notes will be converted to common stock in the reorganized Company. The Convertible Preferred Stock amount reflected on the balance sheet includes the Second Lien Facility Claim and accrued PIK Dividends.

g.   Reflects the cancellation or adjustment of the existing equity, goodwill and other long-term assets.

2.    *Projected Consolidated Statements of Operations (Unaudited)*

**Dura Automotive Systems, Inc.**

**(in Millions)**

| | Successor Company | | | |
| | For the Seven Months Ended December 31 | For the Year Ended December 31, | | |
| | **2008** | **2009** | **2010** | **2011** |
|---|---|---|---|---|
| **Total Sales** | $          975.9 | $    1,600.6 | $    1,593.4 | $    1,576.4 |
| Direct Manufacturing Costs | 618.2 | 995.5 | 988.4 | 981.0 |
| **Contribution Margin** | 357.7 | 605.1 | 605.0 | 595.4 |
| Manufacturing Overhead and Selling, General & Administrative | 284.9 | 465.1 | 463.1 | 455.7 |
| **EBITDA** [1] | 72.8 | 139.9 | 141.9 | 139.7 |
| Other Expense (Income) | 3.3 | (1.5) | (1.3) | (0.0) |
| Professional Fees | 4.1 | - | - | - |
| Interest Expense (Net) | 28.0 | 47.8 | 51.4 | 56.4 |
| Restructuring Cost | 13.2 | 13.9 | 1.0 | - |
| Depreciation | 46.8 | 74.2 | 73.3 | 70.7 |
| **Pre-Tax Income** | (22.7) | 5.6 | 17.5 | 12.6 |
| Income Tax Expense | 4.3 | 5.3 | 4.8 | 6.0 |
| **Net Income** | $          (27.0) | $        0.3 | $        12.7 | $        6.6 |

[1] EBITDA consists of earnings before interest, taxes, restructuring costs, Chapter 11 and reorganization expenses, other non-recurring items, depreciation and amortization. EBITDA is a commonly used financial measure and the Company presents EBITDA to enhance the understanding of the Company's operating performance. The Company believes EBITDA is an operating performance measure that provides parties in interest with a measure of operating performance. However, EBITDA is not a measurement of financial performance under U.S. Generally Accepted Accounting Principles (U.S. GAAP) and may not be compared to other similarly titled measures used by other companies. You should not consider EBITDA as an alternative to operating or net income, determined in accordance with U.S. GAAP as an indicator of the Company's operating performance, or as an alternative to cash flows from operating activities, determined in accordance with U.S. GAAP., as an indicator of cash flows.

*See accompanying summary of significant projection assumptions and accounting policies*

*3.  Projected Consolidated Balance Sheets (Unaudited)*

**Dura Automotive Systems, Inc.**

**(in Millions)**

| | Successor Company | | | |
| | December 31, | | | |
| ASSETS: | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| Cash & Equivalents | $ 88.3 | $ 98.9 | $ 148.5 | $ 188.1 |
| Net Accounts Receivable -Trade | 241.1 | 230.8 | 229.3 | 221.3 |
| Other Accounts Receivable | 20.7 | 19.7 | 19.3 | 18.6 |
| Net Inventory | 124.4 | 122.5 | 120.9 | 118.7 |
| Other Current Assets | 98.6 | 95.1 | 92.4 | 89.3 |
| Total Current Assets | 573.2 | 567.1 | 610.3 | 636.1 |
| Net Property, Plant & Equipment | 397.2 | 369.8 | 348.8 | 324.8 |
| Other Long-term Assets | 49.2 | 35.3 | 26.6 | 16.0 |
| **Total Assets** | $ 1,019.5 | $ 972.2 | $ 985.8 | $ 976.9 |
| | | | | |
| **LIABILITIES:** | | | | |
| Accounts Payable | $ 180.1 | $ 166.8 | $ 169.6 | $ 166.1 |
| Exit Line of Credit | 11.5 | - | - | - |
| Foreign Debt | 4.8 | 4.5 | 6.6 | 7.8 |
| Accruals | 143.8 | 139.1 | 133.6 | 123.4 |
| Short-Term Deferred Taxes | 7.0 | 6.6 | 6.3 | 6.1 |
| Total Current Liabilities | 347.2 | 317.1 | 316.2 | 303.4 |
| First Lien Term Debt | 149.3 | 147.8 | 146.3 | 144.8 |
| Second Lien Term Debt | 111.2 | 133.2 | 159.6 | 191.2 |
| Long-term Deferred Taxes | 8.9 | 8.6 | 8.4 | 8.1 |
| Other Long-term Liabilities | 96.2 | 87.4 | 79.8 | 71.2 |
| **Total Liabilities** | 712.7 | 694.1 | 710.3 | 718.7 |
| **Convertible Preferred Stock** | 255.6 | 310.7 | 377.7 | 459.1 |
| **Total Equity** | 51.2 | (32.6) | (102.1) | (200.9) |
| **Total Liabilities and Equity** | $ 1,019.5 | $ 972.2 | $ 985.8 | $ 976.9 |

*See accompanying summary of significant projection assumptions and accounting policies*

*4. Projected Consolidated Statement of Cash Flow (Unaudited)*
**Dura Automotive Systems, Inc.**
**(in Millions)**

| STATEMENT OF CASH FLOWS: | Successor Company | | | |
| | For the Seven Months Ended December 31 | For the Year Ended December 31, | | |
| | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| Net Income | $ (27.0) | $ 0.3 | $ 12.7 | $ 6.6 |
| Depreciation | 46.8 | 74.2 | 73.3 | 70.7 |
| Other | 0.1 | (6.4) | (5.4) | (9.5) |
| Changes in Working Capital: | | | | |
| Accounts Receivable | 37.8 | (0.5) | (4.2) | (0.5) |
| Inventory | 2.7 | (3.8) | (1.4) | (2.1) |
| Accounts Payable | (3.8) | (3.2) | 7.9 | 4.3 |
| All Other | (35.4) | 0.2 | (2.1) | (6.3) |
| Cash flow from Operations | 21.2 | 60.7 | 80.9 | 63.1 |
| | | | | |
| Capital Expenditures | (33.2) | (59.2) | (58.5) | (55.2) |
| Proceeds from Sale of Assets | - | - | - | - |
| Cash flow from Investing | (33.2) | (59.2) | (58.5) | (55.2) |
| | | | | |
| Change in Exit Revolver | 3.4 | (11.5) | - | - |
| Foreign Debt | - | 0.0 | 2.3 | 1.6 |
| First Lien Debt Amortization | (0.8) | (1.5) | (1.5) | (1.5) |
| Second Lien Debt - Non-Cash | 11.2 | 22.0 | 26.4 | 31.6 |
| Cash flow from Financing | 13.8 | 9.1 | 27.2 | 31.7 |
| Net Cashflow | 1.8 | 10.6 | 49.6 | 39.6 |
| Beginning Cash | 86.5 | 88.3 | 98.9 | 148.5 |
| Ending Cash | $ 88.3 | $ 98.9 | $ 148.5 | $ 188.1 |

*See accompanying summary of significant projection assumptions and accounting policies*

## SUMMARY OF SIGNIFICANT PROJECTION ASSUMPTIONS AND ACCOUNTING POLICIES

The Projections present, to the best of the Debtors' knowledge and belief, the Company's expected financial position, results of operations, and cash flows for the projection period(s). Accordingly, the Projections reflect the Debtors' judgment as of January 2008, the date that these projections were prepared. The assumptions disclosed herein are those that the Debtors believe are significant to the Projections. Because events and circumstances frequently do not occur as expected, there will be differences between the projected and actual results. These differences may be material to the Projections herein.

### Accounting Policies

The Projections have been prepared using accounting policies that are consistent with those applied in the Debtors' historical financial statements. However, the Debtors have not included an estimated impact of fresh start accounting principles of SOP No. 90-7 in preparing the Projections. Accordingly, actual results may materially differ from these Projections. The Projections include assumptions to various financial accounts of the Company, which are based upon management estimates and market conditions. Deferred taxes are included in the Projections at historical values. The ultimate value of the deferred tax liability will be calculated based upon the amount of reorganized value allocated to certain asset classes and the impact of the bankruptcy on the tax attributes of the Company.

### Projection Assumptions

The Debtors, with the assistance of various professionals, prepared the Projections for the seven-month stub period ending December 31, 2008 and the three years ending December 31, 2009, 2010 and 2011 ("Projection Period"), respectively. The Projections are based on a number of assumptions, and while the Debtors have prepared the Projections in good faith and believe the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will ultimately be realized.  The Projections should be read in conjunction with the assumptions, qualifications and notes contained herein, the risk factors described in Section XVIII of the Disclosure Statement, and the historical audited consolidated financial statements for the fiscal year ended December 31, 2006 as filed with the SEC. The following summarizes the underlying key assumptions upon which the Projections are based.

**A. General**

1. *Methodology.* The Projections were prepared on a production facility basis, and then consolidated by business segment, region and total company.

2. *Plan Consummation and Effective Date.* The Projections are based on an assumption that the Plan would be confirmed and consummated as of May 31, 2008.

3. *Industry Environment.* A critical assumption of the Debtors' Projections is future annual light and heavy vehicle production build rates. The Company relied on industry vehicle build assumptions that were prepared by an independent third party as the basis for the Projections.

**B. Projected Consolidated Statement of Operations**

1. *Revenues.* Revenue estimates for the Projection Period are based upon several factors including, management's estimate of the Company's ability to win and retain content on current and next generation customer platforms, future projections of annual light and heavy vehicle build rates and product pricing.

2. *Contribution Margin.* The Projections reflect improved contribution margin over the historical performance which is primarily driven by the Company's continued strategy to establish manufacturing operations in low cost countries.

**3.** *Manufacturing Overhead and Selling, General and Administrative Expense.* The Projections reflect reductions in Manufacturing Overhead and Selling General and Administrative expenses over the historical performance which is primarily driven by the on-going programs to consolidate manufacturing facilities and streamline, consolidate and simplify overall business processes, including areas such as information technology and administration activities.

**C. Projected Consolidated Balance Sheets and Statements of Cash Flow**

1. *Working Capital.* The Projections assume working capital fluctuates with sales for the Projection Period.

2. *Capital Expenditures*. Capital expenditures are expected to remain relatively constant at approximately $55.0 to $60.0 million annually for the Projection Period. Management believes this amount is adequate to support the projected sales volume.

3. *Shareholders' Equity.* Shareholder's equity increases or decreases based on the net income of the Company, the impact of foreign currency assumptions over the Projection period and the accounting for the Preferred Convertible PIK Shares.

**THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS (THE "AICPA"), THE  FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB"), OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION (THE "SEC") REGARDING PROJECTIONS. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY THE COMPANY'S REGISTERED INDEPENDENT PUBLIC ACCOUNTING FIRM. THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS, WHICH MAY NOT BE REALIZED, AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTIANTIES AND CONTINGENCIES, WHICH ARE BEYOND THE CONTROL OF THE DEBTORS. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, OR ANY OTHER PERSON,  AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE PRESENTED IN THESE PROJECTIONS. HOLDERS OF CLAIMS OR INTEREST MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS IN MAKING THEIR DETERMINATIONS OF WHETHER TO ACCEPT OR REJECT THE PLAN.**